UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAQUON KADEEM FOLKS,

                Plaintiff,

-against-

DEPUTY MARÍA, et al.,

                Defendants.

1:19-CV-10220 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 22, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 22, 2020
         New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge